## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TULSA'S GATHERING PLACE, LLC, an Oklahoma limited liability company, <br><br>*Plaintiff*, <br><br>v. <br><br>(2) BAYLY COFFEE, LLC, an Oklahoma limited liability company, <br><br>*Defendant*. | Case No. 5:21-cv-940-JD |

### NOTICE OF DISMISSAL

Plaintiff, Tulsa's Gathering Place, LLC, hereby dismisses its claims against Bayly Coffee, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice to refiling.

RESPECTFULLY SUBMITTED,

s/ Jared M. Burden
Jared M. Burden, OBA # 30026
FREDERIC DORWART, LAWYERS PLLC
Old City Hall
124 E. Fourth Street
Tulsa, Oklahoma 74103
(918) 583-9922 – Telephone
(918) 583-8251 – Facsimile

*Counsel for Defendant BOKF, NA*

## CERTIFICATE OF SERVICE

I, Jared M. Burden, hereby certify that on October 5, 2021 I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the below registered participants of the ECF System.

Joseph Vondran
Trent Guleserian
STUART & CLOVER, PLLC
130 N. Broadway
Shawnee, Oklahoma 74801

*Counsel for Defendant Bayly Coffee*

                                                                              ___s/ Jared M. Burden_____
                                                                                    Jared M. Burden